164

SONCO STEEL TUBE DIVISION, FERRUM, INC., PLAINTIFF *v*. UNITED STATES, DEFENDANT, AND LONE STAR STEEL CO., DEFENDANT-INTERVENOR

Court No. 86-07-00899

## JUDGMENT

RESTANI, *Judge*: This case having been submitted for decision and the Court, having sustained in part the results of the remand ordered in *Sonco Steel Tube Div. v. United States*, 13 CIT 409, 714 F. Supp. 1218 (1989), and plaintiffs having dismissed all remaining counts of their complaint, now, after deliberation,

IT IS HEREBY ORDERED: that the remand results are sustained; that the Department of Commerce shall take appropriate action in conformity with the remand results; and that this action is dismissed.